RECEIVED

NOV 1 7 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSLYN E. TUERK, ET AL. | MISC. CASE NO. 16-mc-74<br>RELATED CASE 12-cv-183 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Roslyn E. Tuerk, as Executrix of the Estate of Kenneth C. Reichert, and Nancy J. Reichert, Douglas Reichert and Rhonda Miller, as representative heirs-at-law of Decedent, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 17th day of November, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE